UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GLENN FLOYD SMITH | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00023 |
| | § | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | § § § | |
| | § | |
| Defendant. | § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court is Plaintiff Glenn Floyd Smith's Objections to Magistrate Judge's Recommendation ("Objections"). Dkt. 27. On February 22, 2018, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1). Dkt. 4. On August 19, 2018, Judge Edison filed a Memorandum and Recommendation (Dkt. 26) recommending that Plaintiff Glenn Floyd Smith's Memorandum in Support of Motion for Summary Judgment (Dkt. 22) be **DENIED**; Defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration's Motion for Summary Judgment (Dkt. 24) be **GRANTED**; and the decision of the Administrative Law Judge be **AFFIRMED**.

On October 2, 2018, Plaintiff filed his Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to

which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings and summary judgment record; and the briefing and arguments of the parties. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 26) be **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff Glenn Floyd Smith's Memorandum in Support of Motion for Summary Judgment (Dkt. 22) be **DENIED**;

(3) Defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration's Motion for Summary Judgment (Dkt. 24) be **GRANTED**; and

(4) The decision of the Administrative Law Judge be **AFFIRMED**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 5th day of October, 2018.

George C. Hanks Jr.
United States District Judge